1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4 | Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ABEL ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00030-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR CONTINUANCE OF TRIAL DATE; ORDER |
| vs. | ) ) | |
| ABEL ROMERO, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant, Abel Romero, that the currently scheduled trial date of January 11, 2017, be vacated and that a new trial date be set on April 19, 2017. The reason for this request is that this matter was recently assigned to defense counsel and undersigned counsel needs time to consult with Mr. Romero, research the case, and formulate a trial strategy. The parties therefore request that the Court vacate the January 11, 2017 trial date, and set a new trial date on April 19, 2017.

//

//

//

//

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date:  December 13, 2016          */s/ Susan St. Vincent*
                                        SUSAN ST. VINCENT
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: December 13, 2016           */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ABEL ROMERO

## **O R D E R**

Good cause appearing, the above request for vacation of the January 11, 2017 trial date in Case No. 6:16-mj-00030-MJS is granted. This case is rescheduled for trial on April 19, 2017 at 9:30 AM.

IT IS SO ORDERED.

Dated:   December 13, 2016                /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE