Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL FERNANDO ROMERO,<br><br>Defendant. | No. 6:16-MJ-0030-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Abel Romero, by and through his attorney of record, Reed Grantham, Assistant Federal Defender, that the trial date in the above-captioned matter set for April 19, 2017 be vacated and the matter be set for Plea and Sentence on April 19, 2017 at 10:00 a.m. The parties have reached a settlement agreement in this matter.

Dated: April 17, 2017         /S/ Susan St. Vincent_____
                              Susan St. Vincent
                              Legal Officer
                              Yosemite National Park

Dated: April 17, 2017          /S/ Reed Grantham_____
                              Reed Grantham
                              Attorney for Defendant
                              Abel Romero

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the April 19, 2017, trial date in  <u>U.S. v. Romero</u>, *6:16-MJ-0030-MJS*, is hereby vacated and the matter is set for Plea and Sentence on April 19, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 18, 2017                                    /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE