# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **FIRST AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **6:16MJ00030-001** |
| **ABEL ROMERO** | Defendant's Attorney: Reed Grantham |

**Date of Original Judgment:** ___April 19, 2017___
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))

[✔] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment (s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order

**THE DEFENDANT:**

[✔] pleaded guilty to count(s) __3 & 4__ of the Complaint.

[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.2(b) | Drive a motor vehicle at any time when his driving privilege is supended or revoked for a prior DUI conviction. | 4/27/2016 | 3 |
| 36 CFR § 4.21(c) | Operating a vehicle at a speed in excess of the speed limit. | 4/27/2017 | 4 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .

[ ] Count(s) __1 & 2__ are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.        [✔]        Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_4/19/2017_
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

5/3/2017
Date

DEFENDANT:**ABEL ROMERO**
CASE NUMBER:**6:16MJ00030-001**

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>24 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.

2. The Defendant is ordered to obey all federal, state, and local laws.

3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4. The Defendant shall pay a fine of $780.00 and a special assessment of $20.00 for a total financial obligation of $800.00, which shall be paid at the rate of $40.00, per month commencing on 5/19/2017, and every thirty days thereafter until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.
   2500 Tulare Street, Rm 1501
   Fresno, CA 93721

5. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 60 days; in custody to be suspended for the first 12 months of probation.

6. The Defendant shall complete a Multi-Offender DUI program through the California Department of Motor Vehicles within 22 months of probation.

7. The Defendant is ordered to personally appear for a Probation Review Hearing on 4/18/2018 AND 3/20/2019 at 10:00 am before U.S. Magistrate Judge Seng.

8. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

9. The defendant shall obtain a valid drivers license within 22 months of probation.