HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ABEL ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABEL ROMERO,<br><br>Defendant. | Case No. 6:16-mj-00030-MJS<br><br>**STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Abel Romero, that the Court continue the review hearing in this matter to May 2, 2018.

Mr. Romero's review hearing is currently scheduled for April 18, 2018. By that date, Mr. Romero is required to pay $400 of his $800 fine and continue attending his Multi-Offender DMV Course. Due to a change in the Court's calendar, April 18 is no longer available for Mr. Romero's review hearing. Accordingly, the parties request that Mr. Romero's review hearing be continued to May 2, 2018.

//

//

//

|                      | Respectfully submitted,                                         |
|----------------------|-----------------------------------------------------------------|
|                      | McGREGOR W. SCOTT<br>United States Attorney                     |
| Date: March 27, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|                      | HEATHER E. WILLIAMS<br>Federal Defender                         |
| Date: March 27, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ABEL ROMERO |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 18, 2018 hearing for Abel Romero is continued to May 2, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __March 27, 2018__         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE