| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ABEL ROMERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:16-mj-00030-MJS |
| Plaintiff, | | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | | |
| ABEL ROMERO, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Abel Romero, that the Court continue the May 2, 2018 hearing to June 19, 2018.

On April 19, 2017, the Court sentenced Mr. Romero to 24 months of unsupervised probation, during which he was to obey all laws and report any new law violations. The Court also ordered Mr. Romero to pay a $800.00 fine, complete the 18-month DMV course, and obtain his driver's license. Finally, the Court ordered Mr. Romero to 60 days in custody, suspended for the first 12 months of probation.

Mr. Romero has completed the DMV course, but due to unemployment, he has not been able to pay off his fine. Accordingly, the parties request that the May 2, 2018 review hearing be continued to June 19, 2018 to allow Mr. Romero, who recently found employment, to pay part of

his fine.

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

Date: April 26, 2018                    */s/ Susan St. Vincent*
                              Susan St. Vincent
                              Yosemite Legal Officer
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: April 26, 2018                    */s/ Hope Alley*
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ABEL ROMERO

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the May 2, 2018 hearing for Abel Romero, Case No. 6:16-mj-00030-MJS, is continued to June 19, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 26, 2018**

                                                  UNITED STATES MAGISTRATE JUDGE